UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Horace King</u>

        v.                                          Civil No. 14-cv-317-PB

<u>New Hampshire State Prison, Warden</u>

<u>O R D E R</u>

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 3, 2015.  The plaintiff's motion to waive Claim 3 (doc. no. 11) is granted.

     SO ORDERED.

                                      /s/ Paul Barbadoro
                                      Paul Barbadoro
                                      United States District Judge

Date: July 7, 2015

cc:   Horace King, pro se
       Elizabeth C. Woodcock, Esq.